OTTO H. URBANECK, DEFENDANT IN ERROR, v. THE PENNSYLVANIA RAILROAD COMPANY, PLAINTIFF IN ERROR.

Argued January 6, 1908—Decided June 15, 1908.

On error to the Supreme Court.

For the plaintiff in error, *Vredenburgh, Wall & Carey.*

For the defendant in error, *Weller & Lichtenstein.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons stated in the opinion of Justice Reed, delivered in the court below, reported in 45 *Vroom* 393.

*For affirmance*—THE CHIEF JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, BOGERT, VROOM, GREEN, GRAY, DILL, J.J.    11.

*For reversal*—None.